# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE WESTERN DIVISION

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 2:19-cv-02336-JTF-tmp |
| RHODES COLLEGE, | ) ) | |
| Defendant. | ) | |

## ORDER RESOLVING PLAINTIFF'S MOTION FOR PROTECTIVE ORDER

Before the Court is Plaintiff John Doe's Motion for Protective Order, filed on July 3, 2019. (ECF No. 49). On July 8, 2019, prior to Defendant's responsive deadline, the Court held a Motion hearing and took up multiple matters before the Court. (ECF No. 55.) At the hearing, the parties agreed to resolve the above-referenced Motion. As a result of that agreement, Plaintiff will disclose to Defendant the identity of Plaintiff's current employer. However, at this time, Defendant will not contact Plaintiff's current employer in any manner, either directly or indirectly, and will seek leave from this Court for approval to contact Plaintiff's current employer. Accordingly, based on the agreement of the parties,

**IT IS SO ORDERED** this 10th day of July 2019.

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
United States District Judge