## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | | |
|---|---|---|
| **JOHN DOE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 2:19-cv-02336 -JTF-tmp** |
| | ) | |
| **RHODES COLLEGE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## MEDIATION ORDER

Pursuant to the mediation requirement set forth by the Court under Local Rule 16.2, the parties are ordered to complete mediation by Monday, December 9, 2019. The parties are to have present at the mediation, representatives with full settlement authority. The parties must file a report with the Court stating (1) the name of their mediator, (2) the date on which the mediation took place, and (3) the results of the mediation. The parties' mediation report is due on or before Monday, December 9,  2019.

A Preliminary Injunction Hearing is set for <u>Wednesday</u>, the <u>17th</u> day of <u>July</u>, 2019 at <u>10:00</u> a.m.

**IT IS SO ORDERED** on this <u>12th</u> day of July 2019.

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
UNITED STATES DISTRICT JUDGE