## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| **JOHN DOE,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| **v.** | )   Civil Action No.: 2:19-CV-02336-JTF-tmp |
| | ) |
| **RHODES COLLEGE,** | ) |
| | ) |
|     **Defendant.** | ) |

### JOINT MOTION TO MAINTAIN DOCUMENTS UNDER SEAL

COME NOW, Plaintiff John Doe ("Plaintiff") and Defendant Rhodes College ("Defendant," and together with Plaintiff, the "Parties") and, by and through the undersigned counsel, hereby jointly move this Court to place under permanent seal all documents currently under seal in the above-styled action, including but not limited to the following ECF docket entries (as well as all exhibits thereto):

- Dkt. 3;
- Dkt. 19;
- Dkt. 32;
- Dkt. 36;
- Dkts. 40-42;
- Dkts. 50-51;
- Dkt. 53;
- Dkt. 61;
- Dkt. 63;
- Dkts. 67-68;

- Dkts. 70-71;
- Dkt. 75;
- Dkt. 80; and
- Dkts. 83-85.

The foregoing documents are currently under seal pursuant to this Court's confidentiality Protective Order [Dkt. 54] and contain confidential information affecting the privacy rights of Plaintiff and other persons involved in the factual events giving rise to this litigation.

In addition, to the extent that certain documents that this Court previously ordered to be sealed have not yet been sealed by the Clerk, the Parties jointly request that such documents be placed permanently under seal. See Protective Order [Dkt. 54], Para. 1 (ordering the sealing of Dkts. 1, 5, 18, 21, and 33).

WHEREFORE, the Parties respectfully request that this Court enter the attached, proposed Order directing the clerk to maintain the foregoing documents permanently under seal.

Dated August 2, 2019.　　　　　　　　Respectfully submitted,

By: */s/ James A. Haltom*
James A. Haltom (BPRN 28495)
Woods Drinkwater (BPRN 33838)
NELSON MULLINS RILEY &
SCARBOROUGH, LLP
One Nashville Place, Suite 1100
150 Fourth Avenue North
Nashville, Tennessee 37219
Telephone: 615.664.5339
E-Mail: james.haltom@nelsonmullins.com
E-Mail: woods.drinkwater@nelsonmullins.com

Dan Cohen (*Pro hac vice*)
Jeff Daniel (*Pro hac vice*)
Ashley Akins (*Pro hac vice*)
NELSON MULLINS RILEY &
SCARBOROUGH, LLP
Atlantic Station, Suite 1700

<div style="margin-left: 50%;">

201 17th Street, NW  
Atlanta, GA 30363  
Phone: (404) 322-6223  
E-Mail: dan.cohen@nelsonmullins.com  
E-Mail: jeff.daniel@nelsonmullins.com  
E-Mail: ashley.akins@nelsonmullins.com  
*Counsel for Rhodes College*

*/s/ Brice Timmons with permission*  
Brice Timmons (BPRN 29582)  
Megan E. Arthur (BPRN 25243)  
Christopher M. Williams (BPRN 36256)  
BLACK MCLAREN JONES RYLAND & GRIFFEE, P.C.  
Oak Court Drive, Suite 360  
Memphis, TN 38117  
Phone: (901) 762-0535  
E-Mail: btimmons@blackmclaw.com  
E-Mail: marthur@blackmclaw.com  
E-Mail: cwilliams@blackmclaw.com

Donald Donati (BPRN 8633)  
Bryce Ashby (BPRN 26179)  
Donati Law, PLLC  
1545 Union Avenue  
Memphis, TN 38104  
Phone: (901) 278-1004  
E-Mail: don@donatilaw.com  
E-Mail: bryce@donatilaw.com  
*Counsel for John Doe*

</div>