# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **JOHN DOE,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | )   **Civil Action No.: 2:19-CV-02336-JTF-tmp** |
| | ) |
| **RHODES COLLEGE,** | ) |
| | ) |
|     **Defendant.** | ) |

## ORDER ON JOINT MOTION TO SEAL

Before the Court is the parties' joint motion to maintain the sealed nature of certain filings that contain confidential information delineated by this Court's confidentiality Protective Order. (ECF No. 86.) This nondispositive motion is before the undersigned pursuant to Administrative Order No. 2019-23. The Court finds that the parties' joint motion is well-taken and should be, and therefore, is GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the Clerk shall place and/or maintain the following documents under seal in the above-captioned case, as well as all exhibits thereto:

- Dkt. 1;
- Dkt. 3;
- Dkt. 5;
- Dkts. 18-19;
- Dkt. 21;
- Dkts. 32-33;
- Dkt. 36;

- Dkts. 40-42;
- Dkts. 50-51;
- Dkt. 53;
- Dkt. 61;
- Dkt. 63;
- Dkts. 67-68;
- Dkts. 70-71;
- Dkt. 75;
- Dkt. 80; and
- Dkts. 83-85.

**IT IS SO ORDERED** on this 5th day of August, 2019.

s/ Tu M. Pham
TU M. PHAM
United States Magistrate Judge