IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE WESTERN DIVISION

JOHN DOE,

    Plaintiff,

v.                                              No. 2:19-cv-02336-JTF-tmp

RHODES COLLEGE,

    Defendant.

## STIPULATION OF DISMISSAL

In accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties notify the Court that this matter has been resolved, and the parties stipulate to the dismissal of this action with prejudice.

                                                  Respectfully submitted,

                                                  BLACK MCLAREN JONES RYLAND & GRIFFEE, P.C.

                                                  By:    /s/Brice M. Timmons
                                                              Brice M. Timmons #29582
                                                               Megan E. Arthur #25243
                                                               Christopher M. Williams #36256
                                                               530 Oak Court Drive, Suite 360
                                                               Memphis, TN 38117
                                                               (901) 762-0535 – Telephone
                                                               (901) 762-0527 – Fax
                                                               btimmons@blackmclaw.com
                                                               marthur@blackmclaw.com
                                                               cwilliams@blackmclaw.com
                                                               *Attorneys for Plaintiff*

DONATI LAW, PLLC

/s/ Bryce W. Ashby
Bryce W. Ashby #26179
1545 Union Avenue
Memphis, TN 38104
(901) 278-1004
bryce@donatilaw.com
*Attorney for Plaintiff*

NELSON MULLINS RILEY &
SCARBOROUGH, LLP

/s/James A. Haltom
James A. Haltom
Woods Drinkwater
One Nashville Place, Suite 1100
150 Fourth Avenue North
Nashville, Tennessee 37219
james.haltom@nelsonmullins.com
woods.drinkwater@nelsonmullins.com
*Attorneys for Rhodes College*

Dan Cohen (*Pro hac vice*)
Jeff Daniel (*Pro hac vice*)
Ashley Akins (*Pro hac vice*)
Atlantic Station, Suite 1700
201 17th Street, NW
Atlanta, Georgia 30363
Phone: (404) 322-6223
dan.cohen@nelsonmullins.com
jeff.daniel@nelsonmullins.com
Ashley.akins@nelsonmullins.com
*Attorneys for Rhodes College*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing pleading was filed electronically, and Notice of this filing will be sent by operation of the Court's ECF system and via Email to the below counsel of record on this the 6th day of August, 2019:

James A. Haltom
Woods Drinkwater
Nelson Mullins Riley & Scarborough, LLP
One Nashville Place, Suite 1100
150 Fourth Avenue North
Nashville, Tennessee 37219
james.haltom@nelsonmullins.com
woods.drinkwater@nelsonmullins.com
*Attorneys for Rhodes College*

Dan Cohen (*Pro hac vice*)
Jeff Daniel (*Pro hac vice*)
Ashley Akins (*Pro hac vice*)
Nelson Mullins Riley & Scarborough, LLP
Atlantic Station, Suite 1700
201 17th Street, NW
Atlanta, Georgia 30363
Phone: (404) 322-6223
dan.cohen@nelsonmullins.com
jeff.daniel@nelsonmullins.com
Ashley.akins@nelsonmullins.com
*Attorneys for Rhodes College*

                                                /s/Brice M. Timmons