IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE, WESTERN DIVISION

| | |
|---|---|
| JOHN DOE, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No.: 2:19-CV-02336-JTF-tmp |
| | ) |
| RHODES COLLEGE, | ) |
| | ) |
|     Defendant. | ) |

## DEFENDANT'S NOTICE OF INTENT TO REDACT

Defendant Rhodes College ("Rhodes") hereby gives notice of its intent to request redaction of the transcripts of proceedings held before this Court on July 17, 2019 and July 18, 2019 in this matter. In addition to and in furtherance of its notice, Rhodes states the following:

Filings in this case are subject to a confidentiality protective order entered on July 8, 2019 (ECF No. 54) (the "Protective Order"). The Protective Order mandates that filings containing identifying information or sensitive information related to alleged sexual misconduct, including personally-identifying information as defined under FERPA at 34 C.F.R. § 99.3, are to be filed under seal. *Id.* at ¶ 3.

On July 31, 2019, Court Reporter Lisa Mayo filed a Notice of Filing of Official Transcript of Proceedings held on July 17, 2019 (ECF No. 83) and a Notice of Filing of Official Transcript of Proceedings held on July 18, 2019 (ECF No. 84) (together, the "Transcripts"). The Transcripts contain information subject to the Court's Protective Order and therefore must be placed under seal.

Further, on August 5, 2019, the Court entered an Order placing both Transcripts under seal (ECF No. 87).

WHEREFORE, Rhodes states that the Transcripts are subject to this Court's Protective Order and August 5 Order placing them under seal. Subject to those Orders, and out of an abundance of

caution, Rhodes hereby gives notice of its intent to request the redaction of both Transcripts to the extent they are not sealed.

<table>
<tr><td>Dated August 7, 2019.</td><td colspan="2">Respectfully submitted,</td></tr>
<tr><td></td><td>By:</td><td>/s/ Woods Drinkwater<br>James A. Haltom (BPRN 28495)<br>Woods Drinkwater (BPRN 33838)<br>NELSON MULLINS RILEY &<br>SCARBOROUGH, LLP<br>150 Fourth Avenue North, Suite 1100<br>Nashville, TN 37219<br>Phone: (615) 664-5339<br>E-Mail: james.haltom@nelsonmullins.com<br>E-Mail: woods.drinkwater@nelsonmullins.com<br><br>Dan Cohen (*Pro hac vice*)<br>Jeff Daniel (*Pro hac vice*)<br>Ashley Akins (*Pro hac vice*)<br>NELSON MULLINS RILEY &<br>SCARBOROUGH, LLP<br>Atlantic Station, Suite 1700<br>201 17th Street, NW<br>Atlanta, GA 30363<br>Phone: (404) 322-6223<br>E-Mail: dan.cohen@nelsonmullins.com<br>E-Mail: jeff.daniel@nelsonmullins.com<br>E-Mail: ashley.akins@nelsonmullins.com<br>*Counsel for Rhodes College*</td></tr>
</table>

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day filed the foregoing with the Clerk using the CM/ECF filing system which will send electronic notification of such filing to all counsel of record.

| | |
|---|---|
| Bryce Ashby<br>Donald Donati<br>1545 Union Avenue<br>Memphis, TN 38104 | Brice Timmons<br>Megan E. Arthur<br>Christopher M. Williams<br>Oak Court Drive, Suite 360<br>Memphis, TN 38117 |

Dated August 7, 2019.                    /s/ Woods Drinkwater
                                          Woods Drinkwater