# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| JOHN DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:19-cv-02336-JTF-tmp |
| ) | |
| RHODES COLLEGE, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the parties' Stipulation of Dismissal, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), filed on August 6, 2019. (ECF No. 88.) The Court, being duly advised, finds that this action is **DISMISSED** in its entirety with prejudice.

**IT IS SO ORDERED** this 16th day of August 2019.

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
United States District Judge