**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

**JOHN DOE,**

    Plaintiff,

v.                                                              Case No. 2:19-cv-02336-JTF-tmp

**RHODES COLLEGE,**

    Defendant.

**JUDGMENT**

    **DECISION BY COURT.**  This action came for consideration before the Court.  The issues have been duly considered, and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed in accordance with the Order of Dismissal with Prejudice entered by this Court on August 16, 2019.  (ECF No. 90.)

**APPROVED:**

*s/John T. Fowlkes, Jr.*                                          THOMAS M. GOULD
JOHN T. FOWLKES, JR.                                   CLERK
UNITED STATES DISTRICT JUDGE

August 16, 2019                                                    s/Devon C. Muse
DATE                                                                (BY)LAW CLERK